UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Director of California Department of Corrections & Rehabilitation,<br><br>    Respondent.<br>_____/ | No. C-12-1760 EMC (pr)<br><br>**ORDER GRANTING MOTION TO REOPEN TIME TO APPEAL** |

Petitioner's motion to reopen the time to appeal is **GRANTED**. (Docket # 16.) Judgment was entered in this action on April 16, 2013; Petitioner has demonstrated that he did not receive notice of the entry of judgment until July 12, 2013, the day before he filed his motion to reopen the time to appeal; and there does not appear to be any prejudice to any party in permitting the reopening of the time to file an appeal. *See* Fed. R. App. P. 4(a)(6).

The Clerk will process the appeal.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
EDWARD M. CHEN
United States District Judge